**Fill in this information to identify the case:**

Debtor 1: Kerri A. Lozano; aka Kerri Lozani; aka Kerry A. Lozano; aka Kerry Lozano

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number: 20-12209

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee of the Cabana Series IV Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 4 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 8/31/2020 | (3) | $ 75.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 7/31/2020: Proof of Claim/410A Prep | (5) | $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Kerri A. Lozano
　　　　　First Name　　Middle Name　　　　Last Name

Case number *(if known)* 20-12209

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
　Signature

Date  12 / 17 / 2020

Print:  Molly Slutsky Simons
　　　　First Name　　Middle Name　　Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
　　　　　Number　　　　Street
　　　　　Loveland, OH 45140
　　　　　City　　　　　　　　State　　ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

Official Form 410S2　　Notice of Postpetition Mortgage Fees, Expenses, and Charges　　page **2**

**Ghidotti Berger LLP**

1920 Old Tustin Avenue

Santa Ana, CA 92705

Phone No: (305) 501-2808

Fax No:

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| BSI Financial Services Inc. | | Invoice #: | Lozano-▮▮▮▮ |
| Bob Jablonski | | Invoice Status: | Check Confirmed |
| 1425 Greenway Drive | | Input By: | Eric Chaidez |
| Irving, TX 75038 | | Date Submitted: | 8/10/2020 |
| | | Invoice Date: | 8/10/2020 |
| Re: | KERRI A LOZANO | Vendor Ref #: | |
| | 3663 WEST 112TH PLACE | Vendor Code: | ▮▮▮▮ |
| | CHICAGO, IL 60655 | Payee Code: | ▮▮▮▮ |
| Loan #: | ▮▮▮▮ | | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▮▮▮ / ▮▮▮ | Referral Date | 6/19/2020 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: $0.00 | | HiType | |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 20-12209 | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/10/2020 | | | 8/10/2020 | 8/11/2020 | 8/11/2020 | 8/12/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 07/31/2020 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |
| ▮▮▮▮ | | | | | | | |
| Attorney Fees - Recoverable | | 07/31/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| ▮▮▮▮ | | | | | | | |
| | | | | | $800.00 | $0.00 | $800.00 |

| | | | |
|---|---|---|---|
| **Total:** | $800.00 | $0.00 | $800.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Execution Date Time: 12/14/2020 06:51:31 AM                                                                                                   Pages: 1/ 5

**Sottile & Barile, LLC**

394 Wards Corner Road

Loveland, OH 44136

Phone No: (513) 345-0592

Fax No:

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| BSI Financial Services Inc. | | Invoice #: | ▮ |
| Bob Jablonski | | Invoice Status: | Check Confirmed |
| 1425 Greenway Drive | | Input By: | Jessy Engel |
| Irving, TX 75038 | | Date Submitted: | 9/1/2020 |
| Re: | KERRI A LOZANO | Invoice Date: | 9/1/2020 |
| | 3663 WEST 112TH PLACE | Vendor Ref #: | ▮ |
| | CHICAGO, IL 60655 | | |
| Loan #: | ▮ | Vendor Code: | SOTTILE |
| Loan Type: | Conventional | Payee Code: | ▮ |
| Inv. ID / Cat. ID: | ▮ / ▮ | Type: | Non Judicial |
| Cost Center: | | | |
| CONV Case No: | | Referral Date | 8/31/2020 |
| GSE Code: | | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $0.00 | HiType | |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 20-12209 | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/1/2020 | | | 9/1/2020 | 9/3/2020 | 9/3/2020 | 9/4/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Entry of Appearance and Request | | 08/31/2020 | 1 | $75.00 | $75.00 | $0.00 | $75.00 |

Note:

| | | | | | $75.00 | $0.00 | $75.00 |
|---|---|---|---|---|---|---|---|

| Total: | | | | | $75.00 | $0.00 | $75.00 |
|---|---|---|---|---|---|---|---|

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Execution Date Time: 12/14/2020 06:51:31 AM                              Pages: 1/ 5

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 20-12209 |
| Kerri A. Lozano<br>  *aka* Kerri Lozani<br>  *aka* Kerry A. Lozano<br>  *aka* Kerry Lozano | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on December 17, 2020, before the hour of 5:00 p.m.

Martin J O'Hearn, Debtor's Counsel
martinohearnlaw@sbcglobal.net

M.O. Marshall, Chapter 13 Trustee
ecftvch13.net

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Kerri A. Lozano, Debtor
3663 West 112th Place
Chicago, IL 60655

Dated: December 17, 2020

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor